UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br>ARMANDO LOPEZ,<br><br>             Defendant. | CASE NO.:   19CR2214-JLS<br><br>**ORDER CONTINUING SUPERVISED RELEASE REVOCATION HEARING** |

    Pursuant to joint motion and good cause appearing, it is hereby ordered that the Supervised Release Revocation Hearing currently scheduled for April 23, 2021, at 10:45 a.m., be continued to April 30, 2021 at 10:45 am.

    IT IS SO ORDERED.

Dated:  April 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1